# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Katherine G. Guillot
Atty At Law
913 S. College Dr. Suite 260
Lafayette La 70503

## REHEARING ACTION: June 13, 2018

**Docket Number: 17   00798-KA**

**STATE OF LOUISIANA**
**VERSUS**
**TEDDY AGUILLARD**

**Appealed from St. Landry Parish Case No. 15-K-2347-B**

<u>**BEFORE JUDGES**</u>**:**

Hon. Phyllis M. Keaty
Hon. John E. Conery
Hon. Van H. Kyzar

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Teddy Aguillard** has this day been

**DENIED.**

cc: Earl B. Taylor, Counsel for the Appellee
    Jennifer M. Ardoin, Counsel for the Appellee